1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8
9

Bd. of Trs. of the Constr. Indus. and
Laborers Joint Pension Tr. for S. Nev., et al.,

Case # 2:24-cv-02259-JCM-EJY

Plaintiff(s),

10
11

vs.

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

12
13

Red Star Fence Company, LLC,

Defendant(s).

14

FILING FEE IS $250.00

15
16

_____Andrew J. Martone_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Martone Legal, LLC_____
(firm name)

19
20

with offices at _____600 Emerson Road, Suite 205_____,
(street address)

21
22

_____Creve Coeur_____, _____Missouri_____, _____63141_____,
(city)                          (state)              (zip code)

23

_____(314) 862-0300_____, _____andym@martonelegal.com_____.
(area code + telephone number)           (Email address)

24
25

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Red Star Fence Company, LLC_____ to provide legal representation in connection with
[client(s)]

26
27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since _____10/13/1989_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Missouri_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | 10/16/1990 | 6203524 |
| Sixth Circuit Court of Appeals | 08/03/2004 | n/a |
| Seventh Circuit Court of Appeals | 12/30/1993 | n/a |
| Eighth Circuit Court of Appeals | 12/28/2000 | 00-0737 |
| Central District of Illinois | 09/23/1991 | 6203524 |
| Northern District of Illinois | 06/09/2003 | 6203524 |
| Southern District of Illinois | 01/27/2004 | 6203524 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

Missouri Bar Association
Illinois Bar Association
American Bar Association

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                  Petitioner's signature

     STATE OF _____ Missouri _____ )
5                                  )
     COUNTY OF __ St. Louis County __ )
6

7        Andrew J. Martone ____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9
                                            Petitioner's signature
10   Subscribed and sworn to before me this

11
     27th day of January, 2025.
12                                                    SHELBY K FOWLER
                                                   Notary Public, Notary Seal
13                                                    State of Missouri
          Notary Public or Clerk of Court            St. Louis County
                                                   Commission # 11511412
14                                              My Commission Expires 08-27-2026

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                  **THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _Jennifer A. Fornetti_,
                                                                          (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22

23             Bourassa Law Group, 2350 W. Charleston Blvd., Suite 100                    ,
                                      (street address)
24          Las Vegas           ,          Nevada           ,      89102    ,
               (city)                       (state)                (zip code)
25

26        (702) 851-2180          ,   jfornetti@blgwins.com          .
        (area code + telephone number)    (Email address)
27

28                                        4                              Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) ___Jennifer A. Fornetti_____ as
                                                        (name of local counsel)

8    his/her/their Designated Resident Nevada Counsel in this case.

9

10                        _____
                                  (party's signature)

11                        _____
                              (type or print party name, title)

12

13                        _____
                                  (party's signature)

14

15                        _____
                              (type or print party name, title)

16

17                                **CONSENT OF DESIGNEE**
             The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19                        _____

20                        Designated Resident Nevada Counsel's signature

21                    ___NBN7644____        ___jfornetti@blgwins.com___
                         Bar number                 Email address

22

23   APPROVED:

24   Dated: January 30, 2025.

25

26   _____
     UNITED STATES DISTRICT JUDGE

27

28                                    5                                Rev. 5/16

Andrew J. Martone
Application for Admission to Practice

**Federal Admissions - Continued**

| Type | Jurisdiction | Admit Date | Status | Good Standing | License/Bar Code No. |
|------|-------------|-----------|--------|---------------|----------------------|
| Federal | Ninth Circuit Court of Appeals | 06/14/2024 | Active | Yes | 37382 |
| Federal | Northern District of Indiana | 04/14/2023 | Active | Yes | 37382 |
| Federal | Southern District of Indiana | 11/21/2011 | Active | Yes | 37382 |
| Federal | District of Kansas | 02/08/2010 | Active | Yes | 78217 |
| Federal | Western District of Michigan | 10/03/2011 | Active | Yes | 37382MO |
| Federal | Eastern District of Missouri | 07/16/1991 | Active | Yes | 37382MO |
| Federal | Western District of Missouri | 03/18/2005 | Active | Yes | 37382MO |
| Federal | District of Nebraska | 11/25/2009 | Active | Yes | N/A |
| Federal | Western District of Oklahoma | 07/11/2022 | Active | Yes | 22-109 |
| Federal | Western District of Wisconsin | 02/22/2006 | Active | Yes | n/a |

1

*The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Betsy Ledgerwood, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/13/1989,

*Andrew John Martone*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 10th day of January, 2025.

Betsy Ledgerwood

Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew J. Martone

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/16/1990 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of January, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

---

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Andrew J. Martone,

OF **Creve Coeur**, STATE OF **Missouri** WAS ON MOTION, FIRST MADE TO THE COURT
ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND
COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
ON THE **3rd** DAY OF **August**, IN THE YEAR OF OUR LORD TWO THOUSAND AND
FOUR, AND THAT **HE**, IS NOW IN GOOD STANDING.

In Testimony Whereof, I Kelly L Stephens,
Clerk of said Court, have hereunto set my
hand and affixed the seal of the said Court,
at the City of Cincinnati, Ohio this **7th** day
of **January** in year of our Lord two
thousand and twenty-five.

**Kelly L. Stephens**
Clerk, United States Court of Appeals
for the Sixth Circuit

Melissa Doke, Deputy Clerk

# United States Court of Appeals



## for the
## Seventh Circuit



## Certificate of Good Standing

I, Christopher G. Conway, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Andrew J. Martone was on the twenty-third day of December in the year of our Lord one thousand nine hundred and ninety-three, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In testimony Whereof I, Christopher G. Conway, have hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this eighth day of January in the year of our Lord two thousand and twenty-five.

*Christopher Conway*

Clerk of the United States Court of Appeals for the Seventh Circuit

# CERTIFICATE OF GOOD STANDING

United States of America          *
    Court of Appeals          *          ss.
    for the Eighth Circuit          *

I, Maureen W. Gornik, Acting Clerk of the United States Court of Appeals for the Eighth Circuit, DO HEREBY CERTIFY That **Andrew J. Martone** was duly admitted to practice in said Court on **December 28, 2000** and is in good standing in said Court.

Dated at St. Louis, Missouri

on January 7, 2025.

**Acting Clerk of Court**

By

**Deputy Clerk**





# Certificate of Good Standing

UNITED STATES OF AMERICA     )
                                         )    SS.

CENTRAL DISTRICT OF ILLINOIS   )

I, Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois,

     DO HEREBY CERTIFY that Andrew J. Martone was duly admitted to practice in said Court on 8/30/1991, and that said person is in good standing in said Court.

Dated at Springfield, Illinois
on 1/7/2025.

Shig Yasunaga, Clerk,

By:

Deputy Clerk

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Andrew J Martone

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Andrew J Martone was duly admitted to practice in said Court on (06/09/2003) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (01/07/2025 )

Thomas G. Bruton , Clerk,

By:  Declan E. Dolan
Deputy Clerk

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 7, 2025

DATE

# United States District Court

## Southern District of Illinois

### Certificate of Good Standing

Presented to

#### Andrew J. Martone

I, Monica A. Stump, Clerk of this Court, certify that Andrew J. Martone was duly admitted to practice in this Court on January 27, 2004, in East St. Louis, Illinois, and is in good standing as a member of the bar of this Court.

In witness of this, I have subscribed my name and affixed the seal of this Court on the 7th, day of January, 2025.

Monica A. Stump
Clerk of Court





Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# **Certificate of Good Standing**

I, Molly Dwyer, Clerk of this Court, certify that Andrew J. Martone was

duly admitted to practice in this Court on June 14, 2024 and is in good standing in

this Court.

Dated at San Francisco, California on January 14, 2025.

_____
Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana ▾

## CERTIFICATE OF GOOD STANDING

I, _____ Chanda J. Berta _____ , Clerk of this Court,

certify that _____ Matthew B. Robinson _____ , Bar # ____ 52954 ____ ,

was duly admitted to practice in this Court on ____ 04/19/2023 ____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ South Bend, IN _____ on _____ 01/14/2025 _____
*(Location)*        *(Date)*

_____
Chanda J. Berta
*CLERK*

_Alexander C. Edgar_   Alexander C. Edgar
*DEPUTY CLERK*

### United States District Court
#### For the Southern District of Indiana



# CERTIFICATE OF
# GOOD STANDING

I, Kristine L. Seufert, Clerk of the United States District Court
for the Southern District of Indiana, do hereby certify that

## ANDREW J. MARTONE

was duly admitted and qualified as an Attorney and Counselor of said Court
on the 21st Day of November A.D., 2011, and is in good standing as a member of the bar
of said Court.

Furthermore, no pending disciplinary action is on record.

_Kristine L. Seufert_
Clerk of the United States District Court

By: _Daniel J. Habing_
Deputy Clerk

**Issued:** January 8, 2025

Reset

Print

# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF KANSAS

## CERTIFICATE OF GOOD STANDING

I, _____ Skyler B. O'Hara _____ , Clerk of this Court,

certify that _____ Andrew J. Martone _____ , Bar # _____ 78217 _____ , was

duly admitted to practice in this court on _____ February 8, 2010 _____ , and is in good

standing as an _____ active _____ member of the Bar of This Court.

Dated at _____ Kansas City, Kansas _____ on _____ 01/29/2025 _____ .

_____
Skyler B. O'Hara
CLERK

_____
Stephanie Mickelsen
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in the support of justice.*

| | | | |
|---|---|---|---|
| *399 Federal Bldg.* | *107 Federal Bldg.* | *113 Federal Bldg.* | *330 Federal Bldg.* |
| *110 Michigan St., NW* | *410 W Michigan Ave.* | *315 W Allegan St.* | *202 W Washington St.* |
| *Grand Rapids, MI 49503* | *Kalamazoo, MI 49007* | *Lansing, MI 48933* | *Marquette, MI 49855* |
| *(616) 456-2381* | *(269) 337-5706* | *(517) 377-1559* | *(906) 226-2021* |

# CERTIFICATE OF GOOD STANDING

I, Ann E. Filkins, Clerk of the United States District Court

for the Western District of Michigan, do hereby certify that

## ANDREW J. MARTONE

was duly admitted to practice in said Court on October 3, 2011

and is in good standing as a member of the bar of said Court.

Dated at Grand Rapids,
Michigan, on January 13, 2025

Ann E. Filkins, Clerk of Court

By: _____
Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MISSOURI

## CERTIFICATE OF GOOD STANDING

I, _____ NATHAN M. GRAVES _____ , Clerk of this Court,

certify that ___ Andrew J. Martone ___ , Bar # 37382MO _____ ,

was duly admitted to practice in this Court on ___ 07/16/1991 ___ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ St. Louis, Missouri _____ on ___ January 8, 2025 ___
*(Location)*                                        *(Date)*

/s/Nathan M. Graves                              _____
*CLERK*                                              /s/ JBH
                                                    *DEPUTY CLERK*



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA        )
                                )    ss.
WESTERN DISTRICT OF MISSOURI    )

I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri, DO HEREBY CERTIFY that

## *Andrew John Martone*

was duly admitted to practice in said Court on

## *March 18, 2005*

and is an active member who is not currently suspended or disbarred by this Court.

Dated at Jefferson City, Missouri
on January 9, 2025

*Paige Wymore-Wynn*
Paige Wymore-Wynn, Clerk of Court

By:  *T. Lock*
T. Lock, Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, _____ Denise M. Lucks _____ , Clerk of this Court,

certify that _____ Andrew J. Martone _____ , Bar # _____ N/A _____ ,

was duly admitted to practice in this Court on _____ 11/25/2009 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Omaha, NE _____ on _____ 01/16/2025 _____
                        *(Location)*                                    *(Date)*

_____
Denise M. Lucks
*CLERK*

_____
*DEPUTY CLERK*

Print      Save As...                    Reset

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    )
                                                ) ss.
**WESTERN DISTRICT OF OKLAHOMA**                )

I, *Joan Kane,* **Clerk of the United States District Court for the Western District of**

**Oklahoma,**

**DO HEREBY CERTIFY That** Andrew J Martone —— **Federal Bar #** 22-109 ,

**was duly admitted to practice in said Court on** July 11, 2022 ,

**and is in good standing as a member of the bar of the Court.**

*JOAN KANE, Clerk*

**Dated at Oklahoma City, Oklahoma**

on January 8, 2024                    **By:** Kathleen Thompson
                                            **Deputy Clerk**

Certified Copy



8:35 am, Jan 08, 2025
Joan Kane, Clerk

dl/ Rev 04/22/2014

# United States District Court
# Western District of Wisconsin



# Certificate of Good Standing

I certify that Andrew J. Martone was duly admitted to practice in the United States District Court for the Western District of Wisconsin on February 22, 2006 and is in good standing in this court.

Dated this 8th day of January, 2025.

Joel Turner, Clerk of Court

By _____
Deputy Clerk