1  Christopher M. Humes, Esq.
   Nevada Bar No. 12782
2  William D. Nobriga, Esq.
   Nevada Bar No. 14931
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
4  100 North City Parkway, Suite 1600
   Las Vegas, Nevada 89106
5  Telephone:  (702) 382-2101
   Facsimile:    (702) 382-8135
6  Email: asegal@bhfs.com
7  Email: chumes@bhfs.com

8  *Attorneys for Plaintiffs*

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA<br><br>Plaintiffs,<br><br>vs.<br><br>RED STAR FENCE COMPANY, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:24-CV-02259-JCM-EJY<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust and the Construction Industry and Laborers Joint Pension Trust (collectively, "Pension Trust"), through their undersigned counsel of record, the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, Red Star Fence Company, LLC, through their undersigned counsel of record, The Bourassa Law Group, stipulate that the above-captioned action is voluntarily dismissed against

34183104.1                                          1

Defendant, with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | THE BOURASSA LAW GROUP |
|---|---|
| /s/ Christopher M. Humes | /s/ Matthew B. Robinson |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Mark J. Bourassa, Esq.<br>Nevada Bar No. 7999<br>Jennifer A. Fornetti, Esq.<br>Nevada Bar No. 7644<br>Valerie S. Christian, Esq.<br>Nevada Bar No. 14716<br>Joseph P. Waldman, Esq<br>Nevada Bar No. 17010<br>2350 West Charleston Boulevard, Suite 100<br>Las Vegas, NV 89102<br>Telephone: (702) 851-2180<br>Facsimile: (702) 851-2189 |
| *Attorneys for Plaintiffs* | |
| Dated: July 2, 2025. | Andrew J. Martone, Esq., *pro hac vice*<br>Matthew B. Robinson, Esq., *pro hac vice*<br>MARTONE LEGAL, LLC<br>600 Emerson Road, Suite 205<br>St. Louis, Missouri 63141<br>Telephone: (314) 862-0300<br>Facsimile: (314) 862-7010 |
| | *Attorneys for Defendant* |
| | Dated: July 2, 2025. |

**O R D E R**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 7, 2025

**Case No. 2:24-CV-02259-JCM-EJY**

34183104.1                                    2